HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYNOLD L. GILBERT, Individually and On Behalf of All Others Similarly Situated, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No.: 07 CV 6490 JSR : |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON, | : **NOTICE OF APPEARANCE** : : : |
| Defendants. | : : |

PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel representing Defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick and Janet I. Swearson, in this action, hereby enters its appearance and requests that copies of all papers be served upon the person named below at the address, telephone and facsimile numbers indicated.

      Kevin A. Burke, Esquire
      kburke@hewm.com
      HELLER EHRMAN LLP
      7 Times Square
      New York, NY 10036
      Telephone: (212) 847-8791
      Facsimile: (212) 763-7600

2

Dated: August 9, 2007              HELLER EHRMAN LLP


                                   By:  /S/Kevin A. Burke
                                        Kevin A. Burke (KB-0580)

                                   7 Times Square
                                   New York, NY 10036
                                   Telephone: (212) 832-8300
                                   Facsimile: (212) 763-7600

                                   Attorneys for Defendants THRESHOLD
                                   PHARMACEUTICALS, INC., HAROLD E.
                                   SELICK and JANET I. SWEARSON