HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYNOLD L. GILBERT, Individually and On Behalf All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,<br><br>                     Defendants. | Civil Action No.: 07 CV 6490 JSR<br><br>**DEFENDANT THRESHOLD PHARMACEUTICALS, INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

      Defendant Threshold Pharmaceuticals, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its shares.

Dated: August 9, 2007                  HELLER EHRMAN LLP

                                        By:   /S/ Kevin A. Burke
                                               Kevin A. Burke (KB-0580)

                                        7 Times Square
                                        New York, NY 10036
                                        Telephone: (212) 832-8300
                                        Facsimile: (212) 763-7600

                                        Attorneys for Defendant
                                        THRESHOLD PHARMACEUTICALS, INC.