```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JERRY TWINDE, On Behalf of Himself       :
and All Others Similarly Situated,       :
                                         :     07 Civ. 6227 (JSR)
            Plaintiff,                   :
                                         :
       -v-                               :
                                         :
THRESHOLD PHARMACEUTICALS, INC.,         :
HAROLD "BARRY" E. SELICK and JANET I.    :
SWEARSON,                                :
                                         :
            Defendants.                  :
---------------------------------------- x
RAYNOLD L. GILBERT, Individually and     :
On Behalf of All Others Similarly        :
Situated,                                :     07 Civ. 6490 (JSR)
                                         :
            Plaintiff,                   :            ORDER
                                         :
       -v-                               :
                                         :
THRESHOLD PHARMACEUTICALS, INC.,         :
HAROLD "BARRY" E. SELICK, and JANET      :
I. SWEARSON,                             :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, <u>see</u> transcript, 8/10/07, the above-captioned actions are hereby consolidated.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07